IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BMO HARRIS BANK, N.A                                                                    PLAINTIFF

v.                                       Case No. 4:17-cv-4112

CST LOGISTICS, INC. and
CODY TACKETT                                                                         DEFENDANTS

## JUDGMENT

On March 14, 2018, the Clerk of Court entered a default against Defendants pursuant to Fed. R. Civ P. 55(a). ECF No. 7. Presently before the Court is a Motion for Default Judgment filed by Plaintiff against Defendants pursuant to Fed. R. Civ. P. 55(b). ECF No. 8. Upon consideration of Plaintiff's Motion for Default Judgment, the Court finds that the motion (ECF No. 8) should be and hereby is **GRANTED**. Accordingly, judgment is entered in favor of Plaintiff against Defendants CST Logistics, Inc. and Cody Tackett in the amount of $239,002.02.

**IT IS SO ORDERED**, this 16th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge